**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In Re:

YVONNE ANNE SLATER Case No. 16-31103-KKS
Chapter 7

Debtor
_________________________________/

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (PERSONAL PROPERTY) (Doc. 12)**

THIS CASE is before the Court upon the Motion for Relief from Stay filed by Bank of America, N.A (Document No. 12). No party filed an objection within the proscribed time period, so the Court considers the matter unopposed. It is

**ORDERED:**

1. The Motion for Relief from the automatic stay is GRANTED.

2. The automatic stay is terminated with respect to the U 2002 Fleetwood Southwind 36 bearing Vehicle Identification Number 5B4MP67GX23346521 (the "Collateral").

3. As to allow Bank of America, N.A, its successors and/or assigns, to proceed with its state court rights and that this Order terminating the automatic stay

is entered for the sole purpose of allowing Bank of America, N.A, it's successors and/or assigns, to pursue its *in rem* remedies as to the above described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s); and

4. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further in rem relief as is just, but the Movant shall not obtain *in personam* relief against the debtor.

5. The Movant made sufficient allegations and a request in the Motion for Relief from Stay to waive the 14 day stay requirement of Bankruptcy Rule 4001(a)(3). No objection being raised, the automatic stay shall be lifted immediately upon execution of this order.

DONE AND ORDERED on 17th day of February, 2017.

Karen K. Specie
U.S. Bankruptcy Judge

Order Submitted By:
Stefan Beuge, Esq., Florida Bar No. 68234 (Amended in Chambers)
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
FLND.bankruptcy@phelanhallinan.com

Attorney Stefan Beuge is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.